**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

JACK TYLER ENGINEERING COMPANY,
INC,

       Plaintiff(s),

           Case No. 10-2373

    v.

COLFAX CORPORATION,
         Defendant(s).
_____/

**ORDER SETTING TELEPHONE STATUS CONFERENCE AND DIRECTING**
**COUNSEL TO SUBMIT CASE SUMMARY**

The above captioned case having been reassigned to this court for further

proceedings, a Status Conference is hereby scheduled **BY TELEPHONE for April 23,**

**2012 at 10:30 am. [Eastern Standard Time].  THE COURT WILL INITIATE THE**

**CALL.**

Counsel are DIRECTED to confer and prepare a Joint Case Summary for the

Court's review.  The summary should include a descriptive list of Plaintiff's Claims,

Defendant's Responses, any pending discovery issues, all pending motions and a

proposed schedule. The summary is to be filed by Plaintiff on the court's docket no later

than 3 days prior to the telephone conference.

                        S/Robert H. Cleland
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

Dated:  April 17, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2012, by electronic and/or ordinary mail.

   S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522