UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JACK TYLER ENGINEERING COMPANY,
INC,

      Plaintiff(s),

  v.

Case No. 10-2373

COLFAX CORPORATION,
      Defendant(s).
_____/

# ORDER SETTING TELEPHONE STATUS CONFERENCE AND DIRECTING COUNSEL TO SUBMIT CASE SUMMARY

The above captioned case having been reassigned to this court for further proceedings, a Status Conference is hereby scheduled **BY TELEPHONE for April 23, 2012 at 10:30 am. [Eastern Standard Time]. THE COURT WILL INITIATE THE CALL.**

Counsel are DIRECTED to confer and prepare a Joint Case Summary for the Court's review. The summary should include a descriptive list of Plaintiff's Claims, Defendant's Responses, any pending discovery issues, all pending motions and a proposed schedule. The summary is to be filed by Plaintiff on the court's docket no later than 3 days prior to the telephone conference.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: April 17, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2012, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522