# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

JACK TYLER ENGINEERING COMPANY, INC.,

    Plaintiff,

v.                                             No. 2:10-cv-02373-RHC-cgc

COLFAX CORPORATION,

    Defendant.

## ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*

On Motion of counsel for Defendant Colfax Corporation, and for good cause shown, it is hereby ORDERED that Stephanie L. Gase, Leader & Berkon, LLP, 630 Third Avenue, 17th Floor, New York, New York 10017 is hereby admitted to the bar of this Court *pro hac vice* for the purpose of acting as counsel for Defendant Colfax Corporation in the above-captioned matter.

It is so ordered this 17th day of April, 2013.

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: April 17, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 17, 2013, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522