**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

JACK TYLER ENGINEERING
COMPANY, INC.,

    Plaintiff,

v.                                                    Case No. 10-02373

COLFAX CORPORATION,

    Defendant.
                                             /

**ORDER OF DISMISSAL**

On April 30, 2013, the parties appeared for a settlement conference and reached an amicable resolution to this matter, the terms of which were recorded in an informal document and provided to the court. In accordance with their agreement,

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights. Either party may reopen this case by **July 30, 2013**, by filing a "Notice of Reopening." Further, the parties may also submit their own substitute stipulated order of dismissal or judgment by **July 30, 2013**.

After **July 30, 2013**, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: May 15, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 15, 2013, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522